# Court of Appeals
# of the State of Georgia

ATLANTA, October 05, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2471.  RIDGES OF RABUN, LLC et al. v. UNITED COMMUNITY BANK.**

On September 21, 2012, Appellee United Community Bank moved to dismiss this appeal on the ground that the appellants have failed to timely file their brief in accordance with the Rules of the Court of Appeals. Their appeal was docketed on August 8, 2012, and, according to Rule 22 (a), their brief was due to be filed on August 28, 2010. As of October 4, 2012, no brief has been filed and the appellants have not sought an extension of time for filing. Rule 23 expressly provides that "[f]ailure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal." Accordingly, the appellee's motion to dismiss is granted, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/05/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*